**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GSP PROPERTIES, LLC | Case No. 20-11569 (LSS) |
| Debtor. | Tax I.D. No. 85-0545603 |
| In re: | Chapter 11 |
| PYXUS INTERNATIONAL, INC. | Case No. 20-11570 (LSS) |
| Debtor. | Tax I.D. No. 54-1746567 |
| In re: | Chapter 11 |
| ALLIANCE ONE INTERNATIONAL, LLC | Case No. 20-11571 (LSS) |
| Debtor. | Tax I.D. No. 83-1823302 |
| In re: | Chapter 11 |
| ALLIANCE ONE NORTH AMERICA, LLC | Case No. 20-11572 (LSS) |
| Debtor. | Tax I.D. No. 83-1837908 |
| In re: | Chapter 11 |
| ALLIANCE ONE SPECIALTY PRODUCTS, LLC | Case No. 20-11573 (LSS) |
| Debtor. | Tax I.D. No. 27-1800115 |

26645970.2

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon consideration of the motion (the "***Motion***")[1] for entry of an order (this "***Order***") directing the Debtors' Chapter 11 Cases to be jointly administered for procedural purposes only and granting certain related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "***Hearing***"); and upon the First Day Declaration and the record of the Hearing and all the proceedings before the Court; and the Court having found such relief to be in the best interests of the Debtors, their estates and creditors and any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

26645970.2

2. Each of the above-captioned Chapter 11 Cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 20-11570 (LSS).

3. Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § Chapter 11 |
| PYXUS INTERNATIONAL, INC., *et al.*, | § Case No. 20-11570 (LSS) |
| Debtors. | § (Joint Administration Requested) |

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Pyxus International, Inc., Case No. 20-11570 (LSS).

6. A docket entry shall be made in each of the Debtors' cases (except that of Pyxus International, Inc.) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Pyxus International, Inc. (Case No. 20-11570 (LSS)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 20-11570 (LSS) should be consulted for all matters affecting this case.

7. The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these Chapter 11 Cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters only:

26645970.2

The Debtors in the Chapter 11 Cases, along with the last four digits of each Debtor's United States federal tax identification number, are: Pyxus International, Inc. (6567), Alliance One International, LLC (3302), Alliance One North America, LLC (7908), Alliance One Specialty Products, LLC (0115) and GSP Properties, LLC (5603). The Debtors' mailing address is 8001 Aerial Center Parkway, Morrisville, NC 27560-8417.

8. The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

9. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

11. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

*Laurie Selber Silverstein* (signature)

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

26645970.2    **Dated: June 16th, 2020**
**Wilmington, Delaware**

4